Argued April 3, affirmed April 16, 1929.

STATE *v.* OLGA FOUTS.

(276 Pac. 683.)

For appellant there was a brief over the names of *Mr. E. B. Tongue,* District Attorney, and *Mr. P. L. Patterson,* Deputy District Attorney, with an oral argument by *Mr. Tongue.*

For respondent there was no appearance.

PER CURIAM.—This case involves the question of whether or not a person receiving from another a bottle of intoxicating liquor for the mere purpose of taking a drink therefrom, and then returning the bottle, is guilty of unlawful possession of intoxicating liquor. The learned circuit judge ruled against the state from which the district attorney has appealed. The learned district attorney presented a cogent and logical argument for reversing the ruling of the Circuit Court. The case is controlled, however, by the case of *State* v. *Williams,* 117 Or. 238 (243 Pac. 563). The judgment is affirmed.           AFFIRMED.